STIASNY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Caroline Stiasny against the Metropolitan Street Railway Company. B. H. Ames, for appellant. F.

Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissenting.